# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2108
_____

CRD2, INC.,

Appellant,

v.

NATIONSTAR MORTGAGE, LLC,
FRANK WILLIAMS, et al.,

Appellees.
_____


On appeal from the Circuit Court for Nassau County.
Steven M. Fahlgren, Judge.

June 28, 2019


PER CURIAM.

In light of Appellee's confession of error, we reverse the order on appeal and remand for further proceedings.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Matthew D. Wolf of the Law Office of Matthew D. Wolf, PLLC, Riverview, for Appellant.

Jacqueline Costoya, Fort Lauderdale, for Appellee Nationstar Mortgage.

No appearance for Appellee Frank Williams.